No. 92–8579. ELDER *v.* HOLLOWAY ET AL. C. A. 9th Cir. [Certiorari granted, 509 U. S. 921.] Motion for appointment of

counsel granted, and it is ordered that John C. Lynn, Esq., of Boise, Idaho, be appointed to serve as counsel for petitioner in this case.